UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**Daniel Peralta,**<br><br>*Defendant.* | **ORDER**<br>22 CR 150 (JPC) |

It is hereby ordered:

That terms of Daniel Peralta's release be modified to allow him to attend his child's medical appointments including the following:

5/4/22 for pre-op
5/7/22 for a covid test
5/10 for surgery
5/11 for post-op

The modifications will be done in coordination with pre-trial services.

**SO ORDERED:**

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Date:   April 27, 2022
            New York, New York