UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL PERALTA,<br><br>                    *Defendant*. | **ORDER**<br><br>22 CR 150 (JPC) |

It is hereby ordered:

That terms of Daniel Peralta's release be modified from home incarceration to home detention to allow him to work at Allied Universal Security, his new place of employment.

The modifications will be done in coordination with pre-trial services.

**SO ORDERED:**

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Date:   June 3, 2022
           New York, New York