UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL PERALTA,<br><br>                              *Defendant*. | **ORDER**<br><br>22 CR 150 (JPC) |

It is hereby ordered:

That terms of Daniel Peralta's release be temporarily modified to allow him to pick his little brother up from school at the following times:

Monday, Tuesday, Thursday, Friday at 3:30p.m.
Wednesdays at 12:30p.m.

The temporary modifications will be done in coordination with pre-trial services.

**SO ORDERED:**

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Date:   August 29, 2022
            New York, New York