```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
                                                                   :
              -v-                                                  :    22 Cr. 150 (JPC)
                                                                   :
DANIEL PERALTA,                                                    :    ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court will hold a change of plea hearing as to Daniel Peralta on January 18, 2023, at 9:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  By January 13, 2023, the parties shall advise the Court of the following by joint letter or individual letters: Whether the parties expect that Defendant Peralta's remand will be mandatory in the event that he enters a guilty plea.  *See* 18 U.S.C. § 3143(a)(2).  The Court respectfully reminds defense counsel that it expects counsel to prepare Defendant Peralta for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

      SO ORDERED.

Dated: January 10, 2023  
      New York, New York
                                                            JOHN P. CRONAN  
                                                           United States District Judge