```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
United States of America            :
                                    :   22 ___ CR 150 ___ (JPC )
                                    :
        -against-                   :         ORDER
                                    :
Daniel Peralta                      :
                                    :
                Defendant           :
------------------------------------x
```

**ORDERED**, that the defendant is hereby remanded to the custody of the United States Marshal.

_____
United States District Judge

Dated:  New York, New York
        January 18, 2023