UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA**  v.  **Daniel Peralta,**  *Defendant.* | **ORDER**  22 Cr 0150 (JPC) |

It is hereby ordered:

That Pre-Trial Services release Daniel Peralta's passport.

**SO ORDERED:**   The Clerk of Court is respectfully directed to close Docket Number 161.
Dated: May 7, 2025

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK