**Raoul Zaltzberg, Esq.**

Zaltzberg Law
14 Wall Street, 20th Floor
New York, New York 10005

*Attorney at Law*

www.zaltzberglaw.com

(212) 609-1344
(212) 609-1345
Raoul@ZaltzbergLaw.com

---

September 28, 2026

**VIA ECF**

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *United States v. Peralta, Daniel*
22 CR 150 (JPC)

Dear Honorable Judge Cronan,

As the Court knows, I represented Mr. Peralta in the above matter. Mr. Peralta wishes to travel to Mexico from November 22, 2026, through November 26th, 2026. Probation Officer Blackford consents to the request, asking that he provide and itinerary and otherwise comply with Probation but of course, needs the Court's consent.

Thank you in advance for your consideration in this matter!

Sincerely,

_________/s/______________
Raoul Zaltzberg, Esq.

The request is granted. Mr. Peralta may travel to Mexico from November 22, 2026 to November 26, 2026, on the condition that he provides his travel and lodging information to Probation, and checks in with Probation before and after the trip. The Clerk of Court is respectfully directed to Close Docket Number 165.

SO ORDERED.
September 29, 2026

JOHN P. CRONAN
United States District Judge